Scott L. Jensen, OSB #862121
Email: sjensen@brownsteinrask.com
Brownstein Rask
Attorneys at Law
1200 SW Main Street
Portland, OR 97205-2040
Telephone: (503) 221-1772
Facsimile: (503) 221-1074

Of Attorneys for Richard Devlin

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| In re: | Case No. 13-31286-tmb11 |
|---|---|
| **ABSORBENT TECHNOLOGIES, INC.**, | **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 25 OF RICHARD DEVLIN** |
| Debtor. | |

Pursuant to BR 3006, Richard Devlin, by and through his undersigned counsel, hereby withdraws his Proof of Claim, dated June 18, 2013, filed as Claim No. 25. Richard Devlin is an equity security holder and has separately filed a Proof of Interest, pursuant to 11 USC §501(a).

DATED this 12th day of July, 2013.

**BROWNSTEIN RASK**

 /s/ Scott L. Jensen
**SCOTT L. JENSEN, OSB # 862121**
Email: sjensen@brownsteinrask.com
Of Attorneys for Richard Devlin

**PAGE 1 - NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 25**

Brownstein, Rask, Sweeney,
Kerr, Grim, DeSylvia & Hay, LLP
1200 SW Main Street • Portland, OR 97205-2040
(503) 221-1772 • Fax (503) 221-1074

Case 13-31286-tmb7    Doc 189    Filed 07/12/13